THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROXANNE TUNISON and JON TUNISON, wife and husband, and the marital community comprised thereof; and ELIAS TUNISON, a single man,<br><br>Plaintiffs,<br>v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, a foreign corporation,<br><br>Defendant. | CASE NO. C19-0503-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the mediation deadline in this case (Dkt. No. 12). Having thoroughly considered the stipulated motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion. The parties shall participate in mediation pursuant to Western District of Washington Local Civil Rule 39.1 no later than November 20, 2019.

//

//

//

1       DATED this 25th day of October 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk