THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROXANNE TUNISON and JON TUNISON, wife and husband, and the marital community comprised thereof; and ELIAS TUNISON, a single man,<br><br>    Plaintiffs,<br>        v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, a foreign corporation,<br><br>    Defendant. | CASE NO. C19-0503-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to postpone the trial and case deadlines (Dkt. No. 31). The Court, having considered the motion and the relevant record and finding good cause, hereby GRANTS the motion and ORDERS as follows:

1. The trial date is CONTINUED to January 19, 2021;
2. The proposed pretrial order must be filed by January 5, 2021;
3. Trial briefs and proposed *voir dire*/jury instructions must be filed by January 15, 2021; and
4. Discovery must be completed by September 21, 2020.

MINUTE ORDER
C19-0503-JCC
PAGE - 1

1 | DATED this 2nd day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0503-JCC
PAGE - 2